## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Stuart Blaine Holler                                            CHAPTER 13
       Tracey Lynn Holler
           Debtor(s)                                      BKY. NO. 16-10308 TPA

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ Brian C. Nicholas

Brian Nicholas
30 Nov 2020, 13:38:31, EST

Brian C. Nicholas, Esq. (317240)  ☑
Maria D. Miksich, Esq. (319383)  ☐
Rebecca A. Solarz, Esq. (315936)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com