**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>STUART BLAINE HOLLER<br>TRACEY LYNN HOLLER<br><br>              Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>              Movant<br>    vs.<br>SHARON REGIONAL HEALTH<br>SYSTEM++<br>              Respondents | Case No. 16-10308TPA<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    THE TRUSTEE HAS BEEN INFORMED BY THE POSTAL SERVICE THAT THE ADDRESS OF THE CREDITOR IS DEFUNCT.  NO CHANGE OF ADDRESS HAS BEEN PROVIDED.

| | |
|---|---|
| SHARON REGIONAL HEALTH SYSTEM++<br>C/O PASI<br>PO BOX 188<br>BRENTWOOD, TN 37024 | Court claim# 12/Trustee CID# 31 |

The Movant further certifies that on 03/04/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| STUART BLAINE HOLLER, TRACEY LYNN HOLLER, 78 LAKE ROAD, MERCER, PA  16137 | DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA  16335 |

ORIGINAL CREDITOR:
SHARON REGIONAL HEALTH SYSTEM++, C/O PASI, PO BOX 188, BRENTWOOD, TN  37024

NEW CREDITOR:
UNKNOWN