**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/04/2021

IN RE:

STUART BLAINE HOLLER
TRACEY LYNN HOLLER
78 LAKE ROAD
MERCER, PA 16137
XXX-XX-2507 Debtor(s)

XXX-XX-7195

Case No.16-10308 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/4/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim | Description |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O FLAGSTAR BANK FSB<br>PO BOX 660263<br>DALLAS, TX 75299 | Trustee Claim Number:1 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 5/16*FR QUICKEN-DOC 54 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 9238 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORF<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:2 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWE'S/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1148 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT I**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:3 INT %: 3.25%<br>Court Claim Number:2<br>CLAIM: 19,816.88<br>COMMENT: $/CL-PL@3.25%MDF/PL*FR ALLY-DOC 38 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8000 |
| **STERLING JEWELERS D/B/A KAY JEWELERS++**<br>C/O FIVE LAKES AGENCY INC<br>PO BOX 80730<br>ROCHESTER, MI 48308-0730 | Trustee Claim Number:4 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=46.31 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9939 |
| **ALLEGHENY RADIOLOGY ASSOCIATES**<br>320 EAST NORTH ST<br>PITTSBURGH, PA 15212 | Trustee Claim Number:5 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0057 |
| **AMERICAN GENERAL FINANCE**<br>C/O SPRINGLEAF FINANCIAL SVCS(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731 | Trustee Claim Number:6 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9956 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:7 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 6,365.27<br>COMMENT: 5803/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **APOGEE PHYSICIANS**<br>PO BOX 708610<br>SANDY, UT 84070 | Trustee Claim Number:8 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6496 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:9 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 6,198.60<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2454 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:10 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 4,600.41<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3994 |

CLAIM RECORDS

| | | |
|---|---|---|
| **ESCALLATE LLC** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5200 STONEHAM RD | Court Claim Number: | ACCOUNT NO.: 7558 |
| STE 200 | | |
| | CLAIM: 0.00 | |
| NORTH CANTON, OH 44720 | COMMENT: CDS~EMP OF MERCER CNTY/SCH | |
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 29262 | Court Claim Number:13 | ACCOUNT NO.: 9772 |
| | CLAIM: 3,498.00 | |
| NEW YORK, NY 10087-9262 | COMMENT: CITIBANK | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:16 | ACCOUNT NO.: 4573 |
| | CLAIM: 8,796.13 | |
| NORFOLK, VA 23541 | COMMENT: SEARS/CITIBANK | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:17 | ACCOUNT NO.: 6233 |
| | CLAIM: 3,153.53 | |
| NORFOLK, VA 23541 | COMMENT: THD/CITIBANK | |
| **GROVE CITY MEDICAL CNTR** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 631 N BROAD ST EXT | Court Claim Number: | ACCOUNT NO.: 8554 |
| | CLAIM: 0.00 | |
| GROVE CITY, PA 16127 | COMMENT: | |
| **HUNTINGTON NATIONAL BANK(*)** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number:5 | ACCOUNT NO.: 0261 |
| | CLAIM: 2,927.46 | |
| COLUMBUS, OH 43231 | COMMENT: STMT THRU 5/25/16 | |
| **HUNTINGTON NATIONAL BANK(*)** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number: | ACCOUNT NO.: 0261 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43231 | COMMENT: | |
| **PROFESSIONAL ACCOUNT MANAGEMENT** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| COLLECTION SERVICES DIVISION | Court Claim Number: | ACCOUNT NO.: |
| POB 391 | | |
| | CLAIM: 0.00 | |
| MILWAUKEE, WI 53201 | COMMENT: | |
| **SHARON CLINIC COMPANY LLC** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PASI | Court Claim Number:14 | ACCOUNT NO.: 2507 |
| PO BOX 188 | | |
| | CLAIM: 638.12 | |
| BRENTWOOD, TN 37024 | COMMENT: 8571/SCH | |
| **SHARON REG HEALTH SYSTEM** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 740 EAST STATE STREET | Court Claim Number: | ACCOUNT NO.: 7677 |
| | CLAIM: 0.00 | |
| SHARON, PA 16146 | COMMENT: | |

CLAIM RECORDS

**MIDLAND FUNDING LLC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:8 | ACCOUNT NO.: 9802
PO BOX 2011
CLAIM: 2,488.94
WARREN, MI 48090 | COMMENT: SYNCHRONY/AEO

**MIDLAND FUNDING LLC** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:9 | ACCOUNT NO.: 8485
PO BOX 2011
CLAIM: 700.00
WARREN, MI 48090 | COMMENT: SYNCHRONY/LOWE'S

**DEPARTMENT STORES NATIONAL BANK/VISA** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number: | ACCOUNT NO.: 6190
PO BOX 4275
CLAIM: 0.00
NORCROSS, GA 30091 | COMMENT: NT ADR/SCH

**WELLS FARGO FINANCIAL NATIONAL BANK** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: SECURED CREDITOR
C/O WELLS FARGO BANK NA | Court Claim Number:11 | ACCOUNT NO.: 8471
PO BOX 14487
CLAIM: 5,188.42
DES MOINES, IA 50309 | COMMENT: CL 11 GOV*600748471*UNS/SCH-PL*W/30

**WELLS FARGO FINANCIAL NATIONAL BANK** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: SECURED CREDITOR
C/O WELLS FARGO BANK NA | Court Claim Number:10 | ACCOUNT NO.: 0142
PO BOX 14487
CLAIM: 780.01
DES MOINES, IA 50309 | COMMENT: CL 10 GOV*623010142*UNS/SCH-PL

**WOLF CREEK MEDICAL ASSOC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
631 N BROAD ST EXT | Court Claim Number: | ACCOUNT NO.: 9150
CLAIM: 0.00
GROVE CITY, PA 16127 | COMMENT: NT ADR/SCH

**EMP OF MERCER COUNTY LTD** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY
4535 DRESSLER RD NW | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
CANTON, OH 44718 | COMMENT:

**LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: MORTGAGE ARR.
C/O FLAGSTAR BANK FSB | Court Claim Number:3 | ACCOUNT NO.: 9238
PO BOX 660263
CLAIM: 1,137.49
DALLAS, TX 75299 | COMMENT: $/CL-PL*THRU 4/16*FR QUICKEN-DOC 54

**PRA RECEIVABLES MANAGEMENT LLC - AGNT I** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number:7 | ACCOUNT NO.: 4123
CLAIM: 3,018.34
NORFOLK, VA 23541 | COMMENT: NT/SCH*LOAN BGN 11/4/15*FR SPRINGLEAF-DOC 41

**WELLS FARGO FINANCIAL NATIONAL BANK** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O WELLS FARGO BANK NA | Court Claim Number:11 | ACCOUNT NO.: 8471
PO BOX 14487
CLAIM: 524.33
DES MOINES, IA 50309 | COMMENT: 600748471*W/24*

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SHARON REGIONAL HEALTH SYSTEM++** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PASI | Court Claim Number:12 | ACCOUNT NO.: 2507 |
| PO BOX 188 | | |
| | CLAIM: 49,073.09 | |
| BRENTWOOD, TN 37024 | COMMENT: NT/SCH*NTC-RSV | |
| **PHELAN HALLINAN DIAMOND & JONES LLP++** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 1 PENN CENTER PLZ STE 1400 | Court Claim Number: | ACCOUNT NO.: |
| 1617 JFK BLVD | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19103 | COMMENT: LAKEVIEW LN/PRAE | |
| **KML LAW GROUP PC*** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: LAKEVIEW LN/PRAE | |