Certificate Number: 02998-PAW-DE-035498745

Bankruptcy Case Number: 16-10308



02998-PAW-DE-035498745

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2021, at 1:31 o'clock AM EDT, Stuart Blaine Holler completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 25, 2021            By:  /s/Angela Zinnerman

                                 Name:  Angela Zinnerman

                                 Title:  Counselor