## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 16-10308-TPA |
| | : | |
| Stuart Blaine Holler AND | : | CHAPTER 13 |
| Tracey Lynn Holler, | : | |
|     Debtors, | : | |
| | : | RELATED TO DOCKET NO.: 64 |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
|     Movant, | : | HEARING DATE AND TIME: |
| | : | June 2, 2021 at 10:00 A.M. |
| vs. | : | |
| | : | |
| Stuart Blaine Holler AND | : | |
| Tracey Lynn Holler, | : | |
|     Respondents. | : | |

## EXHIBIT A

