**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/20/21 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  STUART BLAINE HOLLER<br>TRACEY LYNN HOLLER<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>STUART BLAINE HOLLER<br>TRACEY LYNN HOLLER<br><br>       Respondents | Case No.16-10308TPA<br><br>Chapter 13<br><br>Related Document No.68 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___20th___ day of ___May___, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Bill Mccandless Ford Mercury Inc
Attn Payroll Administrator
8416 Sharon Mercer Rd
Mercer,PA 16137

is hereby ordered to immediately terminate the attachment of the wages of STUART BLAINE HOLLER, social security number XXX-XX-2507.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of STUART BLAINE HOLLER.

FURTHER ORDERED:

BY THE COURT

_____asg_____
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10308-TPA |
| Stuart Blaine Holler | Chapter 13 |
| Tracey Lynn Holler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 2 |
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stuart Blaine Holler, Tracey Lynn Holler, 78 Lake Road, Mercer, PA 16137-2020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2021      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loans Inc. cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| Daniel P. Foster | on behalf of Joint Debtor Tracey Lynn Holler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Stuart Blaine Holler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK FSB AS SERVICING Et.Al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| District/off: 0315-1 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

William E. Miller
    on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com wedwardmiller@gmail.com

TOTAL: 10