FILED
5/20/21 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 16-10308-TPA |
| Stuart Blaine Holler ) | |
| Tracey Lynn Holler ) | Chapter 13 |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
| vs. ) | |
| Stuart Blaine Holler ) | |
| Tracey Lynn Holler ) | |
|     Respondent(s) ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on May 4, 2021 (document #64) is hereby WITHDRAWN.  Trustee has determined that the Debtors' plan is now complete.

                                                    Respectfully submitted

5/20/2021                          /s/ Ronda J. Winnecour
                                       Ronda J. Winnecour (PA I.D. #30399)
                                       Attorney and Chapter 13 Trustee
                                       U.S. Steel Tower – Suite 3250
                                       600 Grant Street
                                       Pittsburgh, PA  15219
                                       (412) 471-5566
                                       cmecf@chapter13trusteewdpa.com

SO ORDERED
May 20, 2021

*[signature]*
asg

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10308-TPA |
| Stuart Blaine Holler | Chapter 13 |
| Tracey Lynn Holler | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 4 |
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stuart Blaine Holler, Tracey Lynn Holler, 78 Lake Road, Mercer, PA 16137-2020 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14229881 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14221023 | + | Allegheny Radiology Associates, 320 East North Street, Pittsburgh, PA 15212-4756 |
| 14207840 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14221024 | + | Apogee Physicians, PO Box 708610, Sandy, UT 84070-8610 |
| 14290975 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14207849 | + | EMP of Mercer County Ltd, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 15188471 | | FLAGSTAR BANK FSB, P.O. BOX 660263, DALLAS, TX 75266-0263 |
| 14221025 | + | Grove City Medical Center, 631 North Broad Street Extension, Grove City, PA 16127-4603 |
| 14207853 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren, PA 16365-0337 |
| 14221026 | ++ | PROFESSIONAL ACCOUNT SERVICES INC, PO BOX 188, BRENTWOOD TN 37024-0188 address filed with court:, Professional Account Services, PO Box 188, Brentwood, TN 37024 |
| 14282680 | + | SHARON CLINIC COMPANY C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 14221027 | + | Sharon Clinical Company, PO Box 13653, Belfast, ME 04915-4027 |
| 14221028 | + | Sharon Regional Health System, 740 East State Street, Sharon, PA 16146-3395 |
| 14260777 | + | Sharon Regional Health System, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 14211851 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14207863 | + | WFFNB / Furniture Barn, Wells Fargo Financial National Bank, Po Box 10438, Des Moines, IA 50306-0438 |
| 14255891 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14207862 | + | Wells Fargo Home Projects Visa, Written Correspondence Resolutions, Mac#X2302-04c, PO Box 10335, Des Moines, IA 50306-0335 |
| 14221029 | + | Wolf Creek Medical, PO Box 719, Monroeville, PA 15146-0719 |
| 14265136 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2021 02:05:44 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | May 21 2021 02:05:44 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14214005 | | Email/Text: ally@ebn.phinsolutions.com | May 21 2021 02:24:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14207838 | + | Email/Text: ally@ebn.phinsolutions.com | May 21 2021 02:24:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14207842 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 21 2021 02:03:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 16-10308-TPA   Doc 73   Filed 05/22/21   Entered 05/23/21 00:31:09   Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: dpas | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | Email/Notice | Date/Time | Recipient |
| --- | --- | --- | --- |
| 14233306 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 21 2021 02:01:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14207844 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2021 02:02:00 | Citibank / Best Buy, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14207845 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2021 02:03:51 | Citibank / Goodyear, CitiCorp Credit Card Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207846 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2021 02:02:00 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207847 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2021 02:05:46 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207848 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 02:24:00 | Comenity Bank / Carter Lumber, Po Box 182125, Columbus, OH 43218-2125 |
| 14207851 | + Email/Text: bankruptcy@huntington.com | May 21 2021 02:24:00 | Huntington National Bank, 41 South High Street, Columbus, OH 43215-3406 |
| 14233034 | + Email/Text: bankruptcy@huntington.com | May 21 2021 02:24:00 | Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14207850 | + Email/Text: bankruptcy@huntington.com | May 21 2021 02:24:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14207852 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 02:24:00 | Kay Jewelers, Sterling Jewelers Inc, Po Box 1799, Akron, OH 44309-1799 |
| 14242685 | + Email/Text: bankruptcydpt@mcmcg.com | May 21 2021 02:24:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14412754 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2021 02:01:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14290983 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2021 02:05:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14221026 | Email/Text: pasi_bankruptcy@chs.net | May 21 2021 02:24:00 | Professional Account Services, PO Box 188, Brentwood, TN 37024 |
| 14207854 | + Email/Text: bankruptcyteam@quickenloans.com | May 21 2021 02:25:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14218059 | + Email/Text: bankruptcyteam@quickenloans.com | May 21 2021 02:25:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14214563 | Email/PDF: rmscedi@recoverycorp.com | May 21 2021 02:02:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14282680 | + Email/Text: pasi_bankruptcy@chs.net | May 21 2021 02:24:00 | SHARON CLINIC COMPANY C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 14207839 | Email/PDF: cbp@onemainfinancial.com | May 21 2021 02:05:41 | American General Financial, Springleaf Financial, Attn: Bankruptcy Department, PO Box 3251, Evansville, IN 47731 |
| 14241445 | Email/PDF: cbp@onemainfinancial.com | May 21 2021 02:01:56 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14260777 | + Email/Text: pasi_bankruptcy@chs.net | May 21 2021 02:24:00 | Sharon Regional Health System, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 14207855 | + Email/PDF: gecsedi@recoverycorp.com | May 21 2021 02:01:57 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207856 | + Email/PDF: gecsedi@recoverycorp.com | May 21 2021 02:01:57 | Synchrony Bank / American Eagle, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207857 | + Email/PDF: gecsedi@recoverycorp.com | May 21 2021 02:01:57 | Synchrony Bank / HH Gregg, Po Box 965036, |

Case 16-10308-TPA   Doc 73   Filed 05/22/21   Entered 05/23/21 00:31:09   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5036 |
| 14207858 | + | Email/PDF: gecsedi@recoverycorp.com | May 21 2021 02:01:57 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14207859 | + | Email/PDF: gecsedi@recoverycorp.com | May 21 2021 02:01:57 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207860 | + | Email/Text: jsprentz@urc.com | May 21 2021 02:25:00 | United Refining, 15 Bradley Street, Warren, PA 16365-3299 |
| 14207861 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2021 02:05:45 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK FSB, AS SERVICING Et.Al |
| cr | | Lakeview Loan Servicing, LLC |
| 14207841 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14207843 | ##+ | Cds / Escallate LLC, Attn: Bankruptcy, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |

TOTAL: 2 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loans Inc. cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| Daniel P. Foster | on behalf of Joint Debtor Tracey Lynn Holler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Stuart Blaine Holler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK FSB AS SERVICING Et.Al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1     User: dpas     Page 4 of 4
Date Rcvd: May 20, 2021     Form ID: pdf900     Total Noticed: 52

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

William E. Miller
    on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com wedwardmiller@gmail.com

TOTAL: 10