Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Stuart Blaine Holler** | : | Case No. 16−10308−TPA |
| **Tracey Lynn Holler** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 76 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/10/21 at 12:00 PM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this *The 28th of June, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 76 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before August 12, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on *September 10, 2021 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

*[signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                        Case No. 16-10308-TPA
Stuart Blaine Holler                                                                        Chapter 13

Tracey Lynn Holler

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                              User: agro                                              Page 1 of 4
Date Rcvd: Jun 28, 2021                                     Form ID: 300b                                    Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stuart Blaine Holler, Tracey Lynn Holler, 78 Lake Road, Mercer, PA 16137-2020 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14229881 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14221023 | + | Allegheny Radiology Associates, 320 East North Street, Pittsburgh, PA 15212-4756 |
| 14207840 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14221024 | + | Apogee Physicians, PO Box 708610, Sandy, UT 84070-8627 |
| 14207841 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14290975 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14207849 | + | EMP of Mercer County Ltd, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 15188471 | | FLAGSTAR BANK FSB, P.O. BOX 660263, DALLAS, TX 75266-0263 |
| 14221025 | + | Grove City Medical Center, 631 North Broad Street Extension, Grove City, PA 16127-4603 |
| 14207853 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren, PA 16365-0337 |
| 14221027 | + | Sharon Clinical Company, PO Box 13653, Belfast, ME 04915-4027 |
| 14221028 | + | Sharon Regional Health System, 740 East State Street, Sharon, PA 16146-3395 |
| 14211851 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14207863 | + | WFFNB / Furniture Barn, Wells Fargo Financial National Bank, Po Box 10438, Des Moines, IA 50306-0438 |
| 14255891 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14207862 | + | Wells Fargo Home Projects Visa, Written Correspondence Resolutions, Mac#X2302-04c, PO Box 10335, Des Moines, IA 50306-0335 |
| 14221029 | + | Wolf Creek Medical, PO Box 719, Monroeville, PA 15146-0719 |
| 14265136 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:09 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2021 23:31:48 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14214005 | | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14207838 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14207842 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:32:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14233306 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:32:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14207844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:10 | Citibank / Best Buy, Centralized Bankruptcy, Po |

Case 16-10308-TPA   Doc 80   Filed 06/30/21   Entered 07/01/21 00:33:29   Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: agro | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: 300b | Total Noticed: 53 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 790040, St Louis, MO 63179-0040 |
| 14207845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:11 | Citibank / Goodyear, CitiCorp Credit Card Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:02 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207847 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:11 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207848 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2021 23:26:00 | Comenity Bank / Carter Lumber, Po Box 182125, Columbus, OH 43218-2125 |
| 14207851 | + | Email/Text: bankruptcy@huntington.com | Jun 28 2021 23:26:00 | Huntington National Bank, 41 South High Street, Columbus, OH 43215-3406 |
| 14233034 | + | Email/Text: bankruptcy@huntington.com | Jun 28 2021 23:26:00 | Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14207850 | + | Email/Text: bankruptcy@huntington.com | Jun 28 2021 23:26:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14207852 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2021 23:26:52 | Kay Jewelers, Sterling Jewelers Inc, Po Box 1799, Akron, OH 44309-1799 |
| 14242685 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2021 23:27:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14412754 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:31:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14290983 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:31:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14221026 | | Email/Text: pasi_bankruptcy@chs.net | Jun 28 2021 23:26:00 | Professional Account Services, PO Box 188, Brentwood, TN 37024 |
| 14207854 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 28 2021 23:27:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14218059 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 28 2021 23:27:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14214563 | | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2021 23:31:48 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14282680 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 28 2021 23:26:00 | SHARON CLINIC COMPANY C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 14207839 | | Email/PDF: cbp@onemainfinancial.com | Jun 28 2021 23:31:37 | American General Financial, Springleaf Financial, Attn: Bankruptcy Department, PO Box 3251, Evansville, IN 47731 |
| 14241445 | | Email/PDF: cbp@onemainfinancial.com | Jun 28 2021 23:31:36 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14260777 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 28 2021 23:26:00 | Sharon Regional Health System, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 14207855 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:32:07 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207856 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:31:59 | Synchrony Bank / American Eagle, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207857 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:32:07 | Synchrony Bank / HH Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 14207858 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:31:59 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |

Case 16-10308-TPA  Doc 80  Filed 06/30/21  Entered 07/01/21 00:33:29  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: agro | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 28, 2021 | Form ID: 300b | Total Noticed: 53 |

| 14207859 | + Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:31:59 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| --- | --- | --- | --- |
| 14207860 | + Email/Text: jsprentz@urc.com | Jun 28 2021 23:27:00 | United Refining, 15 Bradley Street, Warren, PA 16365-3299 |
| 14207861 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:31:53 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | FLAGSTAR BANK FSB, AS SERVICING Et.Al |
| cr | | Lakeview Loan Servicing, LLC |
| 14207843 | ##+ | Cds / Escallate LLC, Attn: Bankruptcy, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2021                                   Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loans Inc. cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel P. Foster | on behalf of Joint Debtor Tracey Lynn Holler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Stuart Blaine Holler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK FSB  AS SERVICING Et.Al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com |

District/off: 0315-1 | User: agro | Page 4 of 4
Date Rcvd: Jun 28, 2021 | Form ID: 300b | Total Noticed: 53

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

William E. Miller
    on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com wedwardmiller@gmail.com

TOTAL: 10