**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    STUART BLAINE HOLLER
    TRACEY LYNN HOLLER
           Debtor(s)

    Ronda J. Winnecour
     Chapter 13 Trustee,
          Movant
         vs.
    No Respondents.

Case No.:16-10308 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2021

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/04/2016 and confirmed on 7/6/16. The case was subsequently      Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 101,351.56 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,351.56 |

| Administrative Fees | | |
|---|---|---|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,000.00 | |
| Trustee Fee | 4,848.80 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,848.80 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC  Acct: 9238 | 0.00 | 59,935.14 | 0.00 | 59,935.14 |
| LAKEVIEW LOAN SERVICING LLC  Acct: 9238 | 1,137.49 | 1,137.49 | 0.00 | 1,137.49 |
| STERLING JEWELERS D/B/A KAY JEWELE  Acct: 9939 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL NATIONAL BAI  Acct: 8471 | 5,188.42 | 5,188.42 | 0.00 | 5,188.42 |
| WELLS FARGO FINANCIAL NATIONAL BAI  Acct: 0142 | 780.01 | 780.01 | 0.00 | 780.01 |
| PRA RECEIVABLES MANAGEMENT LLC - ,  Acct: 8000 | 19,816.88 | 19,816.88 | 1,672.66 | 21,489.54 |
| | | | | 88,530.60 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STUART BLAINE HOLLER  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**  Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLERK  Acct: XXXXXXXXXXXXXXXXXXXXXXXXSTEM | 2,666.14 | 2,666.14 | 0.00 | 2,666.14 |
| | | | | 2,666.14 |
| **Unsecured** | | | | |
| ALLEGHENY RADIOLOGY ASSOCIATES  Acct: 0057 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE  Acct: 9956 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BNK  Acct: 1003 | 6,365.27 | 345.78 | 0.00 | 345.78 |
| APOGEE PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 6496 | | | | |
| BANK OF AMERICA NA** | 6,198.60 | 336.72 | 0.00 | 336.72 |
| Acct: 2454 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 4,600.41 | 249.91 | 0.00 | 249.91 |
| Acct: 3994 | | | | |
| ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7558 | | | | |
| ECAST SETTLEMENT CORP | 3,498.00 | 190.02 | 0.00 | 190.02 |
| Acct: 9772 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 8,796.13 | 477.82 | 0.00 | 477.82 |
| Acct: 4573 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,694.88 | 146.39 | 0.00 | 146.39 |
| Acct: 6233 | | | | |
| GROVE CITY MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8554 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 2,927.46 | 159.03 | 0.00 | 159.03 |
| Acct: 0261 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0261 | | | | |
| PROFESSIONAL ACCOUNT MANAGEMEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHARON CLINIC COMPANY LLC | 638.12 | 34.67 | 0.00 | 34.67 |
| Acct: 2507 | | | | |
| SHARON REG HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7677 | | | | |
| MIDLAND FUNDING LLC | 2,488.94 | 135.20 | 0.00 | 135.20 |
| Acct: 9802 | | | | |
| MIDLAND FUNDING LLC | 700.00 | 38.02 | 0.00 | 38.02 |
| Acct: 8485 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6190 | | | | |
| WOLF CREEK MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9150 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - , | 3,018.34 | 163.97 | 0.00 | 163.97 |
| Acct: 4123 | | | | |
| WELLS FARGO FINANCIAL NATIONAL BAI | 524.33 | 28.49 | 0.00 | 28.49 |
| Acct: 8471 | | | | |
| SHARON REGIONAL HEALTH SYSTEM++ | 49,073.09 | 0.00 | 0.00 | 0.00 |
| Acct: 2507 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1148 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMP OF MERCER COUNTY LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,306.02 |

TOTAL PAID TO CREDITORS                                                                 93,502.76

Case 16-10308-TPA   Doc 81   Filed 06/30/21   Entered 07/01/21 00:33:29   Desc Imaged
Certificate of Notice   Page 4 of 9
16-10308 TPA

Page 3 of 3

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,666.14 |
| SECURED | 26,922.80 |
| UNSECURED | 91,523.57 |

Date: 06/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    STUART BLAINE HOLLER
    TRACEY LYNN HOLLER
         Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Case No.:16-10308 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 16-10308-TPA |
|---|---|
| Stuart Blaine Holler | Chapter 13 |
| Tracey Lynn Holler | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: agro | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stuart Blaine Holler, Tracey Lynn Holler, 78 Lake Road, Mercer, PA 16137-2020 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14229881 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14221023 | + | Allegheny Radiology Associates, 320 East North Street, Pittsburgh, PA 15212-4756 |
| 14207840 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14221024 | + | Apogee Physicians, PO Box 708610, Sandy, UT 84070-8627 |
| 14207841 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14290975 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14207849 | + | EMP of Mercer County Ltd, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 15188471 | | FLAGSTAR BANK FSB, P.O. BOX 660263, DALLAS, TX 75266-0263 |
| 14221025 | + | Grove City Medical Center, 631 North Broad Street Extension, Grove City, PA 16127-4603 |
| 14207853 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren, PA 16365-0337 |
| 14221027 | + | Sharon Clinical Company, PO Box 13653, Belfast, ME 04915-4027 |
| 14221028 | + | Sharon Regional Health System, 740 East State Street, Sharon, PA 16146-3395 |
| 14211851 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14207863 | + | WFFNB / Furniture Barn, Wells Fargo Financial National Bank, Po Box 10438, Des Moines, IA 50306-0438 |
| 14255891 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14207862 | + | Wells Fargo Home Projects Visa, Written Correspondence Resolutions, Mac#X2302-04c, PO Box 10335, Des Moines, IA 50306-0335 |
| 14221029 | + | Wolf Creek Medical, PO Box 719, Monroeville, PA 15146-0719 |
| 14265136 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:09 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2021 23:31:49 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14214005 | | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14207838 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 28 2021 23:26:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14207842 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:31:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14233306 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:32:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14207844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:10 | Citibank / Best Buy, Centralized Bankruptcy, Po |

District/off: 0315-1                          User: agro                                      Page 2 of 4

Date Rcvd: Jun 28, 2021                       Form ID: pdf900                                 Total Noticed: 53

|  |  |  |
|---|---|---|
|  |  | Box 790040, St Louis, MO 63179-0040 |
| 14207845 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Jun 28 2021 23:32:02 | Citibank / Goodyear, CitiCorp Credit Card Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207846 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Jun 28 2021 23:31:51 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207847 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  | Jun 28 2021 23:31:52 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207848 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  | Jun 28 2021 23:26:00 | Comenity Bank / Carter Lumber, Po Box 182125, Columbus, OH 43218-2125 |
| 14207851 | + Email/Text: bankruptcy@huntington.com | |
|  | Jun 28 2021 23:26:00 | Huntington National Bank, 41 South High Street, Columbus, OH 43215-3406 |
| 14233034 | + Email/Text: bankruptcy@huntington.com | |
|  | Jun 28 2021 23:26:00 | Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14207850 | + Email/Text: bankruptcy@huntington.com | |
|  | Jun 28 2021 23:26:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14207852 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  | Jun 28 2021 23:26:00 | Kay Jewelers, Sterling Jewelers Inc, Po Box 1799, Akron, OH 44309-1799 |
| 14242685 | + Email/Text: bankruptcydpt@mcmcg.com | |
|  | Jun 28 2021 23:27:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14412754 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  | Jun 28 2021 23:32:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14290983 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  | Jun 28 2021 23:32:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14221026 | Email/Text: pasi_bankruptcy@chs.net | |
|  | Jun 28 2021 23:26:00 | Professional Account Services, PO Box 188, Brentwood, TN 37024 |
| 14207854 | + Email/Text: bankruptcyteam@quickenloans.com | |
|  | Jun 28 2021 23:27:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14218059 | + Email/Text: bankruptcyteam@quickenloans.com | |
|  | Jun 28 2021 23:27:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14214563 | Email/PDF: rmscedi@recoverycorp.com | |
|  | Jun 28 2021 23:31:49 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14282680 | + Email/Text: pasi_bankruptcy@chs.net | |
|  | Jun 28 2021 23:26:00 | SHARON CLINIC COMPANY C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 14207839 | Email/PDF: cbp@onemainfinancial.com | |
|  | Jun 29 2021 10:46:23 | American General Financial, Springleaf Financial, Attn: Bankruptcy Department, PO Box 3251, Evansville, IN 47731 |
| 14241445 | Email/PDF: cbp@onemainfinancial.com | |
|  | Jun 28 2021 23:32:06 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14260777 | + Email/Text: pasi_bankruptcy@chs.net | |
|  | Jun 28 2021 23:26:00 | Sharon Regional Health System, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 14207855 | + Email/PDF: gecsedi@recoverycorp.com | |
|  | Jun 28 2021 23:31:59 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207856 | + Email/PDF: gecsedi@recoverycorp.com | |
|  | Jun 28 2021 23:31:37 | Synchrony Bank / American Eagle, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207857 | + Email/PDF: gecsedi@recoverycorp.com | |
|  | Jun 28 2021 23:31:59 | Synchrony Bank / HH Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 14207858 | + Email/PDF: gecsedi@recoverycorp.com | |
|  | Jun 28 2021 23:31:59 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |

| District/off: 0315-1 | User: agro | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 53 |

| 14207859 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Jun 28 2021 23:31:38 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207860 | + Email/Text: jsprentz@urc.com | | |
| | | Jun 28 2021 23:27:00 | United Refining, 15 Bradley Street, Warren, PA 16365-3299 |
| 14207861 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 28 2021 23:32:10 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK FSB, AS SERVICING Et.Al |
| cr | | Lakeview Loan Servicing, LLC |
| 14207843 | ##+ | Cds / Escallate LLC, Attn: Bankruptcy, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loans Inc. cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel P. Foster | on behalf of Joint Debtor Tracey Lynn Holler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Stuart Blaine Holler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK FSB  AS SERVICING Et.Al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com |

District/off: 0315-1                               User: agro                                          Page 4 of 4
Date Rcvd: Jun 28, 2021                         Form ID: pdf900                                Total Noticed: 53

Thomas Song
                    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

William E. Miller
                    on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com  wedwardmiller@gmail.com


TOTAL: 10