| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Stuart Blaine Holler** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2507** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Tracey Lynn Holler** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7195** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **16–10308–TPA** | | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stuart Blaine Holler                                    Tracey Lynn Holler

<u>8/25/21</u>                                           **By the court:**   <u>Thomas P. Agresti</u>
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:          Case No. 16-10308-TPA

Stuart Blaine Holler          Chapter 13

Tracey Lynn Holler

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 4
Date Rcvd: Aug 25, 2021     Form ID: 3180W     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stuart Blaine Holler, Tracey Lynn Holler, 78 Lake Road, Mercer, PA 16137-2020 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14221023 | + | Allegheny Radiology Associates, 320 East North Street, Pittsburgh, PA 15212-4756 |
| 14221024 | + | Apogee Physicians, PO Box 708610, Sandy, UT 84070-8627 |
| 14290975 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14207849 | + | EMP of Mercer County Ltd, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 15188471 | | FLAGSTAR BANK FSB, P.O. BOX 660263, DALLAS, TX 75266-0263 |
| 14221025 | + | Grove City Medical Center, 631 North Broad Street Extension, Grove City, PA 16127-4603 |
| 14207853 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren, PA 16365-0337 |
| 14221027 | + | Sharon Clinical Company, PO Box 13653, Belfast, ME 04915-4027 |
| 14221028 | + | Sharon Regional Health System, 740 East State Street, Sharon, PA 16146-3395 |
| 14211851 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14221029 | + | Wolf Creek Medical, PO Box 719, Monroeville, PA 15146-0719 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 26 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Aug 26 2021 03:33:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | EDI: RECOVERYCORP.COM | Aug 26 2021 03:33:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14229881 | | EDI: BECKLEE.COM | Aug 26 2021 03:33:00 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14214005 | | EDI: GMACFS.COM | | |

Case 16-10308-TPA    Doc 87    Filed 08/27/21    Entered 08/28/21 00:31:34    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-1 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2021 03:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14207838 | + | EDI: GMACFS.COM | | |
| | | | Aug 26 2021 03:33:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14207840 | + | EDI: AMEREXPR.COM | | |
| | | | Aug 26 2021 03:33:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14207841 | + | EDI: BANKAMER.COM | | |
| | | | Aug 26 2021 03:33:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14207842 | + | EDI: CAPITALONE.COM | | |
| | | | Aug 26 2021 03:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14233306 | | EDI: CAPITALONE.COM | | |
| | | | Aug 26 2021 03:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14207844 | + | EDI: CITICORP.COM | | |
| | | | Aug 26 2021 03:33:00 | Citibank / Best Buy, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14207845 | + | EDI: CITICORP.COM | | |
| | | | Aug 26 2021 03:33:00 | Citibank / Goodyear, CitiCorp Credit Card Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207846 | + | EDI: CITICORP.COM | | |
| | | | Aug 26 2021 03:33:00 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207847 | + | EDI: CITICORP.COM | | |
| | | | Aug 26 2021 03:33:00 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207848 | + | EDI: WFNNB.COM | | |
| | | | Aug 26 2021 03:33:00 | Comenity Bank / Carter Lumber, Po Box 182125, Columbus, OH 43218-2125 |
| 14207851 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Aug 25 2021 23:23:00 | Huntington National Bank, 41 South High Street, Columbus, OH 43215-3406 |
| 14233034 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Aug 25 2021 23:23:00 | Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14207850 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Aug 25 2021 23:23:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14207852 | + | EDI: WFNNB.COM | | |
| | | | Aug 26 2021 03:33:00 | Kay Jewelers, Sterling Jewelers Inc, Po Box 1799, Akron, OH 44309-1799 |
| 14242685 | + | EDI: MID8.COM | | |
| | | | Aug 26 2021 03:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14412754 | | EDI: PRA.COM | | |
| | | | Aug 26 2021 03:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14290983 | | EDI: PRA.COM | | |
| | | | Aug 26 2021 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14221026 | | Email/Text: pasi_bankruptcy@chs.net | | |
| | | | Aug 25 2021 23:22:00 | Professional Account Services, PO Box 188, Brentwood, TN 37024 |
| 14207854 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 25 2021 23:23:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14218059 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 25 2021 23:23:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14214563 | | EDI: RECOVERYCORP.COM | | |
| | | | Aug 26 2021 03:33:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14282680 | + | Email/Text: pasi_bankruptcy@chs.net | | |
| | | | Aug 25 2021 23:22:00 | SHARON CLINIC COMPANY C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 14207839 | | EDI: AGFINANCE.COM | | |
| | | | Aug 26 2021 03:33:00 | American General Financial, Springleaf Financial, Attn: Bankruptcy Department, PO Box 3251, Evansville, IN 47731 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14241445 | | EDI: AGFINANCE.COM | Aug 26 2021 03:33:00 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14260777 | + | Email/Text: pasi_bankruptcy@chs.net | Aug 25 2021 23:22:00 | Sharon Regional Health System, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 14207855 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207856 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank / American Eagle, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207857 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank / HH Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 14207858 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14207859 | + | EDI: RMSC.COM | Aug 26 2021 03:33:00 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207860 | + | Email/Text: jsprentz@urc.com | Aug 25 2021 23:23:00 | United Refining, 15 Bradley Street, Warren, PA 16365-3299 |
| 14207861 | + | EDI: CITICORP.COM | Aug 26 2021 03:33:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 14207863 | + | EDI: WFFC.COM | Aug 26 2021 03:33:00 | WFFNB / Furniture Barn, Wells Fargo Financial National Bank, Po Box 10438, Des Moines, IA 50306-0438 |
| 14255891 | | EDI: WFFC.COM | Aug 26 2021 03:33:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14207862 | + | EDI: WFFC.COM | Aug 26 2021 03:33:00 | Wells Fargo Home Projects Visa, Written Correspondence Resolutions, Mac#X2302-04c, PO Box 10335, Des Moines, IA 50306-0335 |
| 14265136 | | EDI: ECAST.COM | Aug 26 2021 03:33:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK FSB, AS SERVICING Et.Al |
| cr | | Lakeview Loan Servicing, LLC |
| 14207843 | ##+ | Cds / Escallate LLC, Attn: Bankruptcy, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021     Signature:     /s/Joseph Speetjens

Case 16-10308-TPA    Doc 87    Filed 08/27/21    Entered 08/28/21 00:31:34    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-1 | User: dpas | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 3180W | Total Noticed: 55 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Christopher M. McMonagle
    on behalf of Creditor Quicken Loans Inc. cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com

Daniel P. Foster
    on behalf of Joint Debtor Tracey Lynn Holler dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Stuart Blaine Holler dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Mario J. Hanyon
    on behalf of Creditor FLAGSTAR BANK FSB  AS SERVICING Et.Al wbecf@brockandscott.com,
    mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Steven P Kelly
    on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

William E. Miller
    on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com  wedwardmiller@gmail.com

TOTAL: 10