**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/25/21 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    STUART BLAINE HOLLER
    TRACEY LYNN HOLLER
        Debtor(s)

    Ronda J. Winnecour
        Movant
         vs.
    No Repondents.

Case No.:16-10308 TPA

Chapter 13

Related Document No.: 76

ORDER OF COURT

   AND NOW, this 25th day of August, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 16-10308-TPA

Stuart Blaine Holler                                                                      Chapter 13

Tracey Lynn Holler

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                              User: dpas                                        Page 1 of 4

Date Rcvd: Aug 25, 2021                          Form ID: pdf900                                    Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stuart Blaine Holler, Tracey Lynn Holler, 78 Lake Road, Mercer, PA 16137-2020 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14229881 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14221023 | + | Alleghency Radiology Associates, 320 East North Street, Pittsburgh, PA 15212-4756 |
| 14207840 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14221024 | + | Apogee Physicians, PO Box 708610, Sandy, UT 84070-8627 |
| 14207841 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14290975 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14207849 | + | EMP of Mercer County Ltd, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 15188471 | | FLAGSTAR BANK FSB, P.O. BOX 660263, DALLAS, TX 75266-0263 |
| 14221025 | + | Grove City Medical Center, 631 North Broad Street Extension, Grove City, PA 16127-4603 |
| 14207853 | + | Northwest Savings Bank, Attn: Colleen Lamberto, Po Box 337, Warren, PA 16365-0337 |
| 14221027 | + | Sharon Clinical Company, PO Box 13653, Belfast, ME 04915-4027 |
| 14221028 | + | Sharon Regional Health System, 740 East State Street, Sharon, PA 16146-3395 |
| 14211851 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14207863 | + | WFFNB / Furniture Barn, Wells Fargo Financial National Bank, Po Box 10438, Des Moines, IA 50306-0438 |
| 14255891 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14207862 | + | Wells Fargo Home Projects Visa, Written Correspondence Resolutions, Mac#X2302-04c, PO Box 10335, Des Moines, IA 50306-0335 |
| 14221029 | + | Wolf Creek Medical, PO Box 719, Monroeville, PA 15146-0719 |
| 14265136 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2021 23:23:29 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Aug 25 2021 23:23:29 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14214005 | | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2021 23:22:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14207838 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2021 23:22:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14207842 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 23:23:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14233306 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 23:23:38 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14207844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2021 23:23:30 | Citibank / Best Buy, Centralized Bankruptcy, Po |

District/off: 0315-1                          User: dpas                                    Page 2 of 4

Date Rcvd: Aug 25, 2021                       Form ID: pdf900                              Total Noticed: 53

|  |  |  |  |
|---|---|---|---|
|  |  |  | Box 790040, St Louis, MO 63179-0040 |
| 14207845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Aug 25 2021 23:34:10 | Citibank / Goodyear, CitiCorp Credit Card Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Aug 25 2021 23:23:39 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207847 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | Aug 25 2021 23:23:51 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14207848 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Aug 25 2021 23:22:25 | Comenity Bank / Carter Lumber, Po Box 182125, Columbus, OH 43218-2125 |
| 14207851 | + | Email/Text: bankruptcy@huntington.com | |
|  |  | Aug 25 2021 23:23:00 | Huntington National Bank, 41 South High Street, Columbus, OH 43215-3406 |
| 14233034 | + | Email/Text: bankruptcy@huntington.com | |
|  |  | Aug 25 2021 23:23:00 | Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14207850 | + | Email/Text: bankruptcy@huntington.com | |
|  |  | Aug 25 2021 23:23:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14207852 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Aug 25 2021 23:22:00 | Kay Jewelers, Sterling Jewelers Inc, Po Box 1799, Akron, OH 44309-1799 |
| 14242685 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Aug 25 2021 23:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14412754 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Aug 25 2021 23:23:49 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14290983 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Aug 25 2021 23:23:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14221026 |  | Email/Text: pasi_bankruptcy@chs.net | |
|  |  | Aug 25 2021 23:22:00 | Professional Account Services, PO Box 188, Brentwood, TN 37024 |
| 14207854 | + | Email/Text: bankruptcyteam@quickenloans.com | |
|  |  | Aug 25 2021 23:23:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14218059 | + | Email/Text: bankruptcyteam@quickenloans.com | |
|  |  | Aug 25 2021 23:23:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14214563 |  | Email/PDF: rmscedi@recoverycorp.com | |
|  |  | Aug 25 2021 23:23:29 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14282680 | + | Email/Text: pasi_bankruptcy@chs.net | |
|  |  | Aug 25 2021 23:22:00 | SHARON CLINIC COMPANY C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 14207839 |  | Email/PDF: cbp@onemainfinancial.com | |
|  |  | Aug 25 2021 23:23:49 | American General Financial, Springleaf Financial, Attn: Bankruptcy Department, PO Box 3251, Evansville, IN 47731 |
| 14241445 |  | Email/PDF: cbp@onemainfinancial.com | |
|  |  | Aug 26 2021 08:57:26 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |
| 14260777 | + | Email/Text: pasi_bankruptcy@chs.net | |
|  |  | Aug 25 2021 23:22:00 | Sharon Regional Health System, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 14207855 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Aug 25 2021 23:23:38 | Synchrony Bank / Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207856 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Aug 25 2021 23:23:38 | Synchrony Bank / American Eagle, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207857 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Aug 25 2021 23:23:29 | Synchrony Bank / HH Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 14207858 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Aug 25 2021 23:23:28 | Synchrony Bank / JCPenneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |

| 14207859 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 25 2021 23:23:38 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14207860 | + Email/Text: jsprentz@urc.com | | |
| | | Aug 25 2021 23:23:00 | United Refining, 15 Bradley Street, Warren, PA 16365-3299 |
| 14207861 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Aug 25 2021 23:23:39 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | FLAGSTAR BANK FSB, AS SERVICING Et.Al |
| cr | | Lakeview Loan Servicing, LLC |
| 14207843 | ##+ | Cds / Escallate LLC, Attn: Bankruptcy, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021                Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Quicken Loans Inc. cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel P. Foster | on behalf of Joint Debtor Tracey Lynn Holler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Stuart Blaine Holler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK FSB  AS SERVICING Et.Al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com |

Thomas Song
                   on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

William E. Miller
                   on behalf of Creditor Quicken Loans Inc. wmiller@friedmanvartolo.com  wedwardmiller@gmail.com


TOTAL: 10