**Fill in this information to identify the case:**

Debtor 1  Stuart Blaine Holler

Debtor 2  Tracey Lynn Holler
(Spouse, if filing)

United States Bankruptcy Court for the:  Western District of Pennsylvania
(State)

Case number  16-10308-TPA

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Last 4 digits** of any number you use to identify the debtor's account: 9238

**Court claim no.** (if known): 3-1

**Date of payment change:**
Must be at least 21 days after date of this notice  12/01/2019

**New total payment:**  $ 997.15
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**  $ 226.04   **New escrow payment:**  $ 223.43

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate** _____%   **New interest rate:** _____%

   **Current principal and interest payment:** $ _____   **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____

   **Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

| Debtor 1 | Stuart Blaine Holler | | | Case number (*if known*) 16-10308-TPA |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/Steven Kelly                                                                           Date October 15, 2019
Signature

Print:        Steven Kelly, Bar ID# 308573                              Title: Attorney for Creditor
              First Name         Middle Name        Last Name

Company       Stern & Eisenberg, P.C.

Address       1581 Main Street, Suite 200 The Shops at Valley Square
              Number              Street

              Warrington, PA 18976
              City                                State      ZIP Code

Contact phone 215-572-8111              Email    skelly@sterneisenberg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING NOTICE OF PAYMENT CHANGE WAS SERVED ELECTRONICALLY THROUGH THE COURT'S ECF SYSTEM AT THE E-MAIL ADDRESS REGISTERED WITH THE COURT ON THIS DATE TO THE FOLLOWING:

DATE:    October 15, 2019

Daniel P. Foster
PO Box 966
Meadville, PA 16335
dan@mrdebtbuster.com
**Counsel for Debtor**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
**Bankruptcy Trustee**

U.S. TRUSTEE
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
**US Trustee**

and by standard first class mail postage prepaid to:

Stuart Blaine Holler
78 Lake Road
Mercer, PA 16137

Tracey Lynn Holler
78 Lake Road
Mercer, PA 16137
**Debtor(s)**

    Respectfully submitted:
By: /s/ Steven Kelly, Esquire
    Steven Kelly, Bar No: 308573
    Stern & Eisenberg, P.C.
    1581 Main Street, Suite 200
    The Shops at Valley Square
    Warrington, PA 18976
    skelly@sterneisenberg.com
    Phone: 215-572-8111
    Fax: (215) 572-5025
    Counsel for Movant

```
STUART B HOLLER
78 LAKE ROAD
MERCER          PA 16137
```

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

### ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM 12/01/18 THROUGH 11/30/19.
YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS        1,004.67 OF WHICH        773.72 WAS FOR PRINCIPAL AND INTEREST
AND         230.95 WENT INTO YOUR ESCROW ACCOUNT.

| MO/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| STARTING BALANCE | | | | | | 1130.12 | 1047.92- |
| 12/18 | 226.04 | * | | | | 1356.16 | 1047.92- |
| 01/19 | 226.04 | * | | | | 1582.20 | 1047.92- |
| 02/19 | 226.04 | * | | | | 1808.24 | 1047.92- |
| 03/19 | 226.04 | * | 872.00 | HOMEOWNERS I | 809.00* | 1162.28 | 1856.92- |
| 03/19 | | | | CITY TAX | 650.30* | 1162.28 | 2507.22- |
| 04/19 | 226.04 | * | 650.30 | CITY TAX | * | 738.02 | 2507.22- |
| 05/19 | 226.04 | * | | | | 964.06 | 2507.22- |
| 06/19 | 226.04 | * | | | | 1190.10 | 2507.22- |
| 07/19 | 226.04 | * | | | | 1416.14 | 2507.22- |
| 08/19 | 226.04 | * | 1190.10 | SCHOOL TAX | 1221.85* | 452.08 | 3729.07- |
| 09/19 | 226.04 | * | | | | 678.12 | 3729.07- |
| 10/19 | 226.04 | 4537.13 *Y | | | Y | 904.16 | 808.06 |
| 11/19 | 226.04 | 226.04 Y | | | Y | 1130.20 | 1034.10 |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING        2,712.40. UNDER FEDERAL LAW, YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED            452.08 (NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT), UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT. UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED          452.08.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION, PLEASE CALL OUR TOLL-FREE NUMBER.

```
                              ACCOUNT  PROJECTION

      HAZARD INS                :         809.00
      CITY TAX                  :         650.30
      TAXES                     :       1,221.85
      -----------------------------------------
      ANNUAL DISBURSEMENTS      :       2,681.15
             2,681.15 / 12 =             223.43  ESCROW PAYMENT

        PAYMENTS      PAYMENTS                      CURRENT BAL    REQUIRED BAL
 MO/YR    TO           FROM     DESCRIPTION         PROJECTION     PROJECTION
 BALANCE AS OF 11/30/19.........................     1,034.10       1,117.14
 12/19   223.43                                      1,257.53       1,340.57
 01/20   223.43                                      1,480.96       1,564.00
 02/20   223.43                                      1,704.39       1,787.43
 03/20   223.43         809.00  HOMEOWNERS I         1,118.82       1,201.86
 04/20   223.43         650.30  CITY TAX               691.95         774.99
 05/20   223.43                                        915.38         998.42
 06/20   223.43                                      1,138.81       1,221.85
 07/20   223.43                                      1,362.24       1,445.28
 08/20   223.43       1,221.85  SCHOOL TAX             363.82         446.86
 09/20   223.43                                        587.25         670.29
 10/20   223.43                                        810.68         893.72
 11/20   223.43                                      1,034.11       1,117.15
```

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     1,034.10 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE     1,117.14 .

THIS MEANS YOU HAVE A SURPLUS OF       49.44.** THIS SURPLUS MUST BE
RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
DUE TO THE DELINQUENT STATUS OF YOUR ACCOUNT, WE ARE HOLDING THE
SURPLUS.

** THIS AMOUNT HAS BEEN ADJUSTED FOR THE BANKRUPTCY PROOF OF CLAIM.

YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
       997.15 OF WHICH      773.72 WILL BE FOR PRINCIPAL AND
INTEREST AND      223.43 WILL GO INTO YOUR ESCROW ACCOUNT.

```
NEW PAYMENT INFORMATION
    PRINCIPAL AND INTEREST             773.72
    ESCROW PAYMENT                     223.43
                                      ---------
NEW PAYMENT EFFECTIVE 12/01/19         997.15
```

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.